# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HITCHEN POST DRIVE TRUST, A NEVADA TRUST,<br><br>          Appellant,<br><br>vs.<br><br>SOUTH VALLEY RANCH COMMUNITY ASSOCIATION, A DOMESTIC NON-PROFIT COOPERATIVE CORPORATION,<br>          Respondent. | No. 81225<br><br>**FILED**<br><br>OCT 01 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |
| HITCHEN POST DRIVE TRUST, A NEVADA TRUST,<br><br>          Appellant,<br><br>vs.<br><br>SOUTH VALLEY RANCH COMMUNITY ASSOCIATION, A DOMESTIC NON-PROFIT COOPERATIVE CORPORATION,<br>          Respondent. | No. 81667 |

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Rob Bare, District Judge
       Thomas J. Tanksley, Settlement Judge
       Roger P. Croteau & Associates, Ltd.
       Lipson Neilson P.C.
       Eighth District Court Clerk

20-36027